# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____  Docket Number: 06-00023

Same Defendant: X  New Defendant: _____

Search Warrant Case Number: _____

R 20/ R 5(c) from: District of Maryland

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: X Yes ___ No

Defendant Name: REINHARD RUSLI

Allisas Name: _____

Address: _____

RECEIVED OCT - 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birth date: XX/XX/1972   SS#: N/A   Sex: M   Race: A   Nationality: Republic of Indonesia

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No  X Yes   List language and/or dialect: Indonesian

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 3   ___ Petty  ___ Misdemeanor  X Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2278 | CONSPIRACY TO EXPORT ARMS AND MUNITIONS | 1 |
| Set 2 | 18 U.S.C. § 1956(a)(2)(A), and 18 U.S.C. § 2 | MONEY LAUNDERING | 2 |
| Set 3 | 22 U.S.C. §§ 2778(b)(2) and 2778(c), and 22 CFR §§ 121.1, 121.4, 123.1, 127.1, 127.1(c), and 127.3 | ATTEMPTED EXPORT OF ARMS AND MUNITIONS | 3 |

Date: 10/5/06   Signature of AUSA: [signature]

ORIGINAL