# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00023      DATE: October 05, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 2:04:04 - 2:14:13
CSO: N. Edrosa / J. Lizama

**APPEARANCES:**

Defendant: Reinhard Rusli      Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: W. Gray
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on Petition for Removal**
- Samuel S. Teker appointed to represent the defendant.
- Counsel was instructed to submit a Financial Affidavit.
- Defendant advised of his rights and charges.
- Identity Hearing waived.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service for the District of Guam for removal to the District of Maryland.

NOTES: