DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>**REINHARD RUSLI**,<br><br>      Defendant. | MAGISTRATE CASE NO. 06-00023<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent the defendant in the above-entitled case.

Dated this 5th day of October, 2006.

/s/ Joaquin V. E. Manibusan, Jr.
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL