LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REINHARD RUSLI, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00023 <br><br> **ORDER** <br> **Re: Waiver of Identity** |

REINHARD RUSLI, having been arrested in the District of Guam on a Warrant of Arrest issued pursuant to an Order, and having waived identity, REINHARD RUSLI, is committed to the U.S. Marshal's Office for the District of Guam for Removal to the District of Maryland and there deliver him to the U.S. Marshal for the District of Maryland or to some other officer authorized to receive him.

**SO ORDERED** this 5th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL