1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

7

8              **IN THE UNITED STATES DISTRICT COURT**

               **FOR THE DISTRICT OF GUAM**
9

10  UNITED STATES OF AMERICA,          )    MAGISTRATE CASE NO. 06-00023
                                       )
11                   Plaintiff,        )
                                       )
12           vs.                       )    **WARRANT OF REMOVAL**
                                       )
13                                     )
    REINHARD RUSLI,                    )
14                                     )
                     Defendant.        )
15  _____ )

16  TO:   U.S. MARSHAL
          District of Guam
17

        An Indictment for defendant, REINHARD RUSLI, having been filed in the United States
18
    District Court for the District of Maryland, Criminal Case No. CCB-06-00439, charging REINHARD
19
    RUSLI, with Conspiracy to Export Arms & Munitions; Money Laundering; and Attempted Export of
20
    Arms and Munitions; and a Warrant for Arrest having issued for his arrest, and
21
        Said REINHARD RUSLI, having been arrested in this District on a warrant of arrest issued
22
    pursuant to the above indictment, admitted identity, and to being held to answer in the District of
23
    Maryland, REINHARD RUSLI is committed to your custody pending removal to the District of
24
    Maryland;
25
    ///
26
    ///
27
    ///
28

                                **ORIGINAL**

1  You are therefore commanded to remove REINHARD RUSLI forthwith to the District of

2  Maryland and there deliver him to the United States Marshal for the District or to some other officer

3  authorized to received him.

4      DATED this _5th_ day of October 2006.

5

6                                                    _____
                                                    JOAQUIN V. E. MANIBUSAN, JR.
7                                                   U.S. Magistrate Judge
                                                    District Court of Guam
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28